# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **II**  Investigating Agency **FBI**

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. ____   Case No. 20-10041 PBS
Same Defendant **X**   New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number ____
R 20/R 40 from District of ____

## Defendant Information:

Defendant Name: Bruce Brown a/k/a/ Arki   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Arki

Address: (City & State) Wyatt Detention Facility

Birth date (Yr only): 1978   SSN (last4#): 6914   Sex: M   Race: Black   Nationality: ____

**Defense Counsel if known:** Scott Lauer   Address: Federal Public Defender's Office

**Bar Number:** 6914   51 Sleeper St, Boston MA

## U.S. Attorney Information:

**AUSA** Mackenzie A. Queenin   Bar Number if applicable: 688114

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

## Location Status:

**Arrest Date:** 02/19/2020

☑ Already in Federal Custody as of 02/19/2020 in Wyatt Detention Facility.
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony **II**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/26/2020   Signature of AUSA: /s/ Mackenzie A. Queenin

**District Court Case Number** (To be filled in by deputy clerk): 20-10041 PBS

**Name of Defendant** Bruce Brown a/k/a Arki

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC sec. 1503 | Obstruction of Justice | I |
| Set 2 | 18 USC 1512(b)1,(b)2A,(c)2 | Witness Tampering | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**